# EXHIBIT F



**Paul M. Shotkoski**
ATTORNEY
402.978.5258
pshotkoski@fraserstryker.com
**fraserstryker.com**

April 28, 2025

<u>**VIA UPS-OVERNIGHT PRIORITY**</u>
Vasquez Healthcare, LLC
c/o Sandip Mohapatra
555 Sun Valley Drive, Suite K4
Rosell, GA 30076

     RE:    April 3, 2025 Services Agreement with The Ark Group

<u>**DEMAND TO CEASE AND DESIST FURTHER BREACH OF THE CONTRACT**</u>

The Fraser Stryker PC LLO law firm has been retained to represent The Ark Group ("Ark") in its claims against Vasquez Healthcare, LLC ("Vasquez") including, without limitation, claims arising out of Vasquez's breach of its obligations under an April 3, 2023, Services Agreement (hereafter the "Contract"). All future correspondence regarding any matters related to Ark must be directed to the undersigned counsel.

I.    **DEMAND TO CEASE AND DESIST FROM ALL FURTHER BREACHES OF VASQUEZ'S CONTRACTUAL OBLIGATIONS OWED TO THE ARK GROUP**

Under the terms of the Contract, Vasquez was hired to build a software platform for Ark that would become the data processing engine for Ark's business consisting of primarily storing and processing a large volume of highly sensitive data for Ark's clients and their participating members. Ark worked with Vasquez to make various enhancements, improvements and other modifications (hereafter the "Ark Modifications") to Vasquez's existing software platform so that the Vasquez could provide the services called for in the Scope of Services (Exhibit A to the Contract). Vasquez's original software platform plus the Ark Modifications will be collectively referred to hereafter as the "Modified Platform". Ark also loaded its confidential and proprietary client and member data into Modified Platform so that Ark, with assistance from Vasquez, could process the data to fulfill Ark's business needs. Ark's confidential and proprietary data included data derived from Ark's vendors who provide various services for Ark, its clients and their members. All of the data maintained in the Modified Platform constitutes Ark's "Confidential Information" as that term is defined in the Contract. All of the client and member data, vendor data, Confidential Information and the Ark Modifications constitute Ark's "Client Work Product" as defined in Section 4.2(a) of the Contract. Ark retains sole and exclusive ownership of its Client Work Product pursuant to Section 4.2(a) of the Contract.

Upon information and belief, Vasquez is using Arks' Client Work Product to provide services directly to one of Ark's former clients, Health Compass, Inc. ("Health Services") and bypassing Ark. As you know, Health Compass did not pay Ark to continue maintaining and processing data for Health Compass' members from and after January 1, 2025. Ark disabled Health Compass and its members from using Ark's data and the Modified Platform as a result of

April 28, 2025
Page 2

Health Data's election to discontinue the services. Vasquez, without Ark's knowledge and consent, enabled Health Compass and its members to gain access to the Modified Platform and utilize Ark's Confidential Information and Client Work Product, thus breaching Vasquez's obligations under the Contact. Namely:

> Section 3(a) – Use of Confidential Information. Vasquez has breached its obligations owed under Section 3(a) of the Contract by using Ark's Confidential Information to provide services directly with Health Compass, a former Ark client.

> Section 3(c). Vasquez breached the Contract by disclosing and using Ark's Confidential Information for its own benefit.

> Section 4.2(a). Vasquez used Ark's Client Work Product for Vasquez's own benefit without the knowledge or consent of Ark.

**Ark hereby demands that you and Vasquez immediately cease and desist any and all further unauthorized use of Ark's Confidential Information and Client Work Product to provide services of any kind to Health Compass.** Specifically, Vasquez is directed to disable Health Compass and its members access to the Modified Platform and Ark's Confidential Information and Client Work Product. Vasquez is further directed to download any and all data related to Health Compass, its members, and all vendor data related in any manner to Health Compass and its members, and remove any such data from further use on the Modified Platform or any other platform. All such data belongs to Ark and must be preserved in its entirety and must be made readily accessible to Ark.

**Ark hereby further demands that you and Vasquez immediately cease and desist any use of Ark's Confidential Information and Client Work Product for the benefit of any company, organization, member, or otherwise without Ark's knowledge and consent.** Specifically, Vasquez is only authorized to continue using Ark's Confidential Information, Client Work Product and the Modified Platform to perform Services for Ark and for no other purpose. Any use of Ark's Confidential Information, Client Work Product and Modified Platform for any purpose other than to provide Services for Ark is specifically prohibited.

**Ark hereby further demands that you and Vasquez immediately cease and desist any contact or communication with any independent vendor contracted with Ark to provide services for and on behalf of Ark's clients and their participating Vendors.** Specifically, Ark's Confidential Information includes, without limitation, Ark's "business plans and activities, services, products…. operational methods, business methods…processes..". (See Section 3 of the Contract). The vendors chosen by Ark to provide services on behalf of Ark's client members and produce data stored within the Modified Platform constitutes Ark's Confidential Information that Vasquez is specifically prohibited from using for any purpose other than providing services to Ark and no other person, business, entity or otherwise. You are specifically prohibited from contacting any of Ark's vendors who provide services to Ark, its clients and their members related to the data and the data processing through the Modified Platform.

April 28, 2025
Page 3

**The above will be met with swift legal recourse if you do not immediately cease and desist all of your actions identified herein. To be clear, legal recourse means Ark will not hesitate to file a lawsuit against you, which will include injunctive relief.**

## II.    VASQUEZ IS NOT AUTHORIZED TO UNILATERALLY TERMINATE THE SERVICES AGREEMENT

On April 24, 2025, Vasquez sent an e-mail with an invoice dated April 23, 2025, suggesting that Vasquez had elected to unilaterally terminate the Contract with Ark without cause. Vasquez has no right to do so. The parties agreed to an initial three-year term of the Contract. (See Section 11.1). According to Section 11.2, the Contract can only be terminated early if one of the parties fails to cure a material breach of their obligations under the Contract. If there is a material breach, the non-breaching party must provide written notice of the alleged material breach and give the other party thirty (30) "business days" to cure the alleged breach. Only then can a party terminate the Contract.

Here, there is no material breach on the part of Ark. To the contrary, as set forth above, Vasquez has materially breached the Contract by using Ark's Confidential Information and Client Work Product to provide data platform services directly to Health Compass. If that conduct does not cease immediately as demanded herein, in addition to seeking an injunction to prevent Vasquez from further harming Ark's business and compromising Arks' Confidential Information and Client Work Product, Ark may terminate the Contract upon providing the proper written notice to Vasquez. Ark has not breached any obligations owed to Vasquez. The invoice Vasquez sent on April 24, 2025, was the first invoice Ark received during the first two years of the Contract. The invoice you submitted contains material errors primarily associated with charges related to work Vasquez was doing for Health Compass without Ark's consent. As you know, Health Compass and its members were supposed to be disabled. Vasquez, in order to cut-out Ark and provide data processing services directly to Health Compass, re-enabled Health Compass and its members access to the Modified Platform without permission, presumably for a fee paid by Health Compass to Vasquez. Ark is entitled to immediate relief to preclude Vasquez from further breaching its obligations owed to Ark under the Contract and prevent further harm and damage to Ark and its customers and members. Vasquez is certainly not entitled to charge Ark any fees for processing data on behalf of Health Compass that was supposed to be disabled in the Modified Platform. Accordingly, the invoice you and Vasquez submitted to Ark contains material errors.

In your email of April 25, 2025, you threatened to disable Ark's access to the Modified Platform on April 30, 2025, if the amounts set forth in Vasquez's April 23rd invoice are not paid in full. You threatened to disable the Modified Platform by the end of the day on April 30, 2025. Vasquez's invoice contains material errors as set forth herein. Regardless, pursuant to Section 11.2 of the Contract, even if Ark's failure to pay Vasquez's April 23, 2025 invoice rose to the level of a material breach (it doesn't), the earliest Vasquez could disable the Modified Platform is June 6, 2025, or thirty (30) business days following Vasquez's written notice of an alleged breach.

April 28, 2025
Page 4

Ark hereby demands that Vasquez maintain the status quo for day-to-day services related to processing Ark's client and member data on the Modified Platform and communication with Ark representatives to ensure uninterrupted services to Ark's customers and their members as required under the Contract. Ark further demands full access to all customer and member data, signed contracts, and all information of any kind or nature whatsoever related in any manner to Ark's customers and members and the services performed by Vasquez under the Contract. All data, contracts and information of any kind or nature whatsoever must be preserved by Vasquez and produced to Ark on an as-needed and as-requested basis.

Ark hereby demands written confirmation within twenty-four (24) hours of your receipt of this Cease-and-Desist letter that you and Vasquez will not take any action to prevent Ark from having ongoing access to its Confidential Information, its Client Work Product, and use of the Modified Platform. Ark further demands that you and Vasquez continue providing the Services called for in the Scope of Work to the Contract until at least June 5, 2025. Ark further demands that you and Vasquez confirm in writing that you will immediately cease all further unauthorized use of Ark's Confidential Information, Client Work Product and the Modified Platform for the benefit of Health Compass or any other client and their corresponding members serviced by the Ark. Vasquez is further directed to download and make available to Ark any and all data related in any manner to Health Compass. If such written confirmation is not received prior to the close of business on April 29, 2025, Ark will take all appropriate legal actions necessary to prevent you and Vasquez from further harming Ark's business and further breaching Vasquez's obligations owed to Ark under the Contract.

Govern yourself accordingly.

Sincerely,

Paul M. Shotkoski
FOR THE FIRM

cc: Don Hansen, Owner / The Ark Group – *Via Email*

3393632v1