IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| THE ARK GROUP, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-02591-LMM |
| | : | |
| VASQUEZ HEALTHCARE, LLC, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

This case comes before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. [2]. The Court does not find that Plaintiff has satisfied Rule 65(b) of the Federal Rules of Civil Procedure such that the Court may issue a temporary restraining order without notice to Defendant. Thus, this motion shall be set on an expedited schedule, as follows:

The Court **ORDERS** the parties to appear for a hearing on the Motion on **Monday, May 19, 2025, at 2:30 p.m.**, in Courtroom 2107 in the Richard Russell Federal Building, 75 Ted Turner Dr. SW, Atlanta, GA 30303. Plaintiff is **ORDERED** to serve Defendant, by no later than **Wednesday, May 14, 2025**, with a copy of this Order; Plaintiff's Complaint, Dkt. No. [1]; and Plaintiff's

Emergency Motion for Temporary Restraining Order and Preliminary Injunction, Dkt. No. [2]. <u>See</u> Fed. R. Civ. P. 4. Plaintiff should file proof of service on the docket once Defendant has been served with this Order and the pleadings. Defendant is **DIRECTED** to file a brief responding to Plaintiff's request for temporary restraining order by **noon** on **Friday, May 16, 2025**. Plaintiff may file a reply brief by no later than **9:00 a.m.** on **Monday, May 19, 2025**. If for some reason the parties are unable to comply with this Order, please alert courtroom deputy Brittany Poley as soon as possible ((404) 215-1514).

**IT IS SO ORDERED** this 9th day of May, 2025.

_____
**Leigh Martin May
United States District Judge**